JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIBREAB GHILAY, an individual, | Case No. CV 09-1928-VBF (JWJx) |
| Plaintiff, | Los Angeles Superior Court Case No. NC052506 |
| v. | [PROPOSED] ORDER DISMISSING LAWSUIT WITH PREJUDICE |
| CHARTER COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: February 10, 2009 (Los Angeles Superior Court) |

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The above-captioned action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: October 19, 2010

*Valerie Baker Fairbank*
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.